UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X  06 CV 0100 (NG) (RER)
TRAFFIC SPORTS USA, INC.,

                 **Plaintiff,**

     -against-                                       **ORDER**

**LUIS GUZMAN d/b/a SALINAS
RESTAURANT,**

                 **Defendant.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

In light of the letter from the Clerk of Court, dated June 29, 2006, plaintiff's motion for default judgment is dismissed without prejudice.

                                                       **SO ORDERED.**

                                                       /S/
                                             **NINA GERSHON**
                                             **United States District Judge**

Dated:  Brooklyn, New York
        July 7, 2006