UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X  06 CV 0100 (NG) (RER)
TRAFFIC SPORTS USA, INC.,

                **Plaintiff,**

      -against-                                         **ORDER**

LUIS GUZMAN d/b/a SALINAS
RESTAURANT,

                **Defendant.**
-----------------------------------------------------------X

**GERSHON, United States District Judge:**

       The unopposed Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated December 4, 2006, is hereby adopted in its entirety. The Clerk of Court is directed to enter judgment for Traffic Sports USA, Inc. against defendant Luis Guzman, individually and doing business as Salinas Restaurant, in the amount of $7,200, comprised of $6,000 in statutory and enhanced damages, and $1,200 in attorney's fees and costs.

       The Clerk of Court is also directed to close this case.

SO ORDERED.

/signed/

**NINA GERSHON**
**United States District Judge**

Dated: Brooklyn, New York
       December, 2006